## WAYNE B. PALMER,
*Appellant,*

*v.*

## STATE OF OREGON,
*Respondent.*

(16-91-08913; CA A74076)

839 P2d 286

Edward M. Butler, Eugene, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Bartz v. State of Oregon,* 314 Or 353, 839 P2d 217 (1992); *Boone v. Wright,* 314 Or 135, 836 P2d 727 (1992).